Ralph A. Campillo     (BAR NO. 70376)
Wendy A. Tucker       (BAR NO. 121122)
Christopher Norton    (BAR NO. 234621)
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:     213.426.6921
Email:    ralph.campillo@sedgwicklaw.com
          wendy.tucker@sedgwicklaw.com
          christopher.norton@sedgwicklaw.com

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE BARSOTTI,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; AND DOES ONE through ONE HUNDRED,<br>          Defendants, | Case No.  3:15-cv-03603-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT RE DEFENDANT THOMAS P. SCHMALZRIED, M.D.**<br><br>Complaint served:   July 20, 2015<br>Removed:                 August 06, 2015<br>Current Response Date:  August 13, 2015<br>Agreed Response Date:   September 14, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Thomas P. Schmalzried, M.D. ("Defendant") hereby request and Plaintiff Geraldine Barsotti ("Plaintiff") hereby agree to Defendant's request, for an extension of time for Defendant to file a response to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff's Complaint was filed in state court on June 23, 2015 and Defendant was served on or about July 20, 2015;

WHEREAS, this matter was removed to this court on August 06, 2015;

-1-

20542570v1

WHEREAS, Defendant request an extension up to and including September 14, 2015, to file a responsive pleading to Plaintiff's Complaint. Plaintiff has agreed to Defendant's request.

THEREFORE, the parties agree that Defendant Thomas P. Schmalzried, M.D. will have until September 14, 2015 to file its response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED: August 11, 2015          SEDGWICK LLP

By: _____/s/ Christopher P. Norton_____
    Ralph A. Campillo, Esq.
    Wendy A. Tucker, Esq.
    Christopher Norton, Esq.

    Attorneys for Defendant
    THOMAS P. SCHMALZRIED, M.D.

DATED: August 11, 2015          WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Matthew D. Davis_____
    Matthew D. Davis
    Khaldoun A. Baghdadi, Esq.

    Attorneys for Plaintiff
    GERALDINE BARSOTTI

*Pursuant to Local Rule 5-1(i)(3), Christopher Norton hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO ORDERED:
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE



20542570v1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On August 18, 2015, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3) RE DEFENDANTS THOMAS P. SCHMALZRIED, M.D.**

☐     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

☒     ELECTRONIC MAIL – by serving via CM/ECF to the United States District Court, Northern District of California, addressing all parties appearing on the Courts ECF service list.

| | |
|---|---|
| Matthew D. Davis<br>Khaldoun A. Baghdadi, Esq.<br>**WALKUP, MELODIA, KELLY & SCHOENBERGER**<br>650 California Street, 26th Floor<br>San Francisco, CA 94108-2615 | **Attorneys for Plaintiff GERALDINE BARSOTTI** |
| Alexander G. Calfo, Esq.<br>Kelley S. Olah, Esq.<br>Stacy Lynn Foster, Esq.<br>Gabrielle Anderson-Thompson, Esq.<br>**Barnes & Thornburg LLP**<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel: (310) 284-3782 | **Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.** |

I declare that I am employed in the office of a member of the bar of this court at who direction the service was made.

Executed at Los Angeles, California on August 18, 2015.

/s/ Kim Wlodarczak
Kim Wlodarczak

-3-

20542570v1